In the Matter of the Petition of Frances R. Grant and Others, Respondents, to Set Aside the Election of Sidney Newberger and Others, as Trustees of Master Institute of United Arts, Inc., Appellants.— Order unanimously modified by increasing the amount of the bond from $1,000 to $5,000, and as so modified

affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.